# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**KEITH RACKETT,**

    **Plaintiff,**

v.                                           **Case No. 8:25-cv-1505-MSS-AAS**

**JAQUELYN RACKETT, et al.,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

After reviewing the plaintiff's amended complaint and application to proceed *in forma pauperis* (Docs. 2, 4), a July 2, 2025, order took the plaintiff's motion under advisement, pending the plaintiff's submission of an amended complaint by July 30. 2025. (Doc. 4). To date, the plaintiff has not filed an amended complaint.[1]

Thus, it is **RECOMMENDED** that the plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 2) be **DENIED**, and the amended complaint (Doc. 3) be **DISMISSED without prejudice**.

---

[1] To proceed in forma pauperis, the plaintiff's complaint must state a viable cause of action that satisfies the screening process of 28 U.S.C. § 1915(e)(2)(B). However, if he does not wish to amend his complaint, the plaintiff may pay the filing fee and conduct proper service of process of his current complaint.

1

**ENTERED** in Tampa, Florida, on August 4, 2025.

_Amanda Arnold Sansone_
AMANDA ARNOLD SANSONE
United States Magistrate Judge

## NOTICE TO PARTIES

The plaintiffs have fourteen days from the date they are served a copy of this report to file written objections to this report's proposed findings and recommendations or to seek an extension of the fourteen-day deadline to file written objections. 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. A party's failure to object timely in accordance with 28 U.S.C. § 636(b)(1) waives that party's right to challenge on appeal the district court's order adopting this report's unobjected-to factual findings and legal conclusions. 11th Cir. R. 3-1.

cc:

Keith Rackett
10200 Gandy Blvd.
Apt. 603
St. Petersburg, Florida 33702

2