UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**KEITH RACKETT,**

    **Plaintiff,**

v.                                            **Case No. 8:25-cv-1505-MSS-AAS**

**JAQUELYN RACKETT, et al.,**

    **Defendants.**
_____/

## REPORT AND RECOMMENDATION

Plaintiff Keith Rackett, proceeding pro se, filed his initial complaint and motion to proceed *in forma pauperis* on June 10, 2025. (Docs. 1, 2). Mr. Rackett amended his complaint on June 11, 2025. (Doc. 3). A July 3, 2025 order took Mr. Rackett's motion to proceed *in forma pauperis* under advisement, pending submission of a second amended complaint that states a viable cause of action and complies with the Federal Rules of Civil Procedure by July 30, 2025. (Doc. 4). When Mr. Rackett failed to timely file a second amended complaint, the undersigned recommended that Mr. Rackett's motion to proceed *in forma pauperis* be denied and that the action be dismissed without prejudice. (Doc. 5).

On August 28, 2025, the Honorable Mary S. Scriven, United States District Judge, adopted the undersigned's report and recommendation, denied

1

Mr. Rackett's motion to proceed *in forma pauperis*, and dismissed the action without prejudice. (Doc. 6). Judge Scriven allowed Mr. Rackett 30 days to file a second amended complaint, or the dismissal would be with prejudice. (*Id.*).

On September 26, 2025, Mr. Rackett filed a second amended complaint and motion to proceed *in forma pauperis*. (Docs. 7, 8). On October 7, 2025, the undersigned took Mr. Rackett's motion under advisement and advised Mr. Rackett that his second amended complaint continued to fail to state a viable cause of action and comply with the Federal Rules of Civil Procedure. (Doc. 10). Mr. Rackett was directed to file a third amended complaint correcting these issues by October 31, 2025, or the undersigned would recommend dismissal. (*Id.*). Again, Mr. Rackett failed to do so.

Thus, it is **RECOMMENDED** that Mr. Rackett's motion for leave to proceed *in forma pauperis* (Doc. 8) be **DENIED**, and the second amended complaint (Doc. 7) be **DISMISSED without prejudice**.

**ENTERED** in Tampa, Florida, on November 5, 2025.

_____
AMANDA ARNOLD SANSONE
United States Magistrate Judge

## NOTICE TO PARTIES

The plaintiffs have fourteen days from the date they are served a copy of this report to file written objections to this report's proposed findings and

recommendations or to seek an extension of the fourteen-day deadline to file written objections. 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. A party's failure to object timely in accordance with 28 U.S.C. § 636(b)(1) waives that party's right to challenge on appeal the district court's order adopting this report's unobjected-to factual findings and legal conclusions. 11th Cir. R. 3-1.